IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SAN JUANA ELIZABETH ESTRADA INDIVIDUALLY AND AS NEXT FRIEND OF M.E.E., MINOR,** | § § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CIVIL ACTION NO. 1:19-cv-00012 |
| **FIRST CLASS TRANSPORT, INC.,** | § § § | |
| *Defendant.* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, First Class Transport, Inc., Defendant, and hereby file this NOTICE OF SETTLEMENT. In support hereof, would respectfully show as follows:

1. This case is presently set for trial on July 12, 2021.

2. Defendant, with the consent of Plaintiff, announces to the Court that the parties have settled all claims in this case.

3. The parties will file the necessary documents to remove this case from the Court's docket once all settlement documents have been exchanged and executed.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court to take notice of this settlement, remove this case from the Court's July 12 Docket; and for all other such relief to which Defendant may be justly entitled.

Respectfully submitted,

GRIFFITH LAW GROUP, LLP
4228 North McColl
McAllen, Texas 78504
Tel: 956-971-9446
Fax: 956-971-9451
Email: oguzman@rgvfirm.com

*/s/ Oralia Guzmán*
**Oralia Guzmán**
State Bar No. 24041029
Federal Bar No. 3049525

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2021, she electronically filed this Notice through the U.S. District Court for the Southern District of Texas ECF filing system and notice was electronically transmitted to the Plaintiff's attorney of record set forth below:

Daniel Torres
LAW OFFICE OF JAVIER VILLARREAL , PLLC
2401 Wild Flower Drive, Suite A.
Brownsville, Texas 78526
Tel: 956-544-4444
Fax: 956-550-0877
Email: daniel@jvlawfirm.com

*/s/ Oralia Guzmán*
**Oralia Guzmán**