United States District Court
Southern District of Texas
**ENTERED**
September 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN JUANA ELIZABETH ESTRADA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-012 |
| | § | |
| FIRST CLASS TRANSPORT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff San Juana Estrada requests that the Court dismiss her claims against Defendant First Class Transport, Inc. with prejudice.  (Motion to Dismiss, Doc. 62)  The Court previously entered Final Judgment in this matter.  (Doc. 61)  The Court finds that dismissal of the causes of action with prejudice is proper under Federal Rule of Civil Procedure 41(a)(2).

As a result, it is:

**ORDERED** that Plaintiff San Juana Estrada's Motion for Partial Dismissal with Prejudice is **GRANTED**; and

**ORDERED** that all causes of action by Plaintiff San Juana Estrada against Defendant First Class Transport, Inc. are **DISMISSED WITH PREJUDICE.**

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on September 2, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge